of Columbia granted. *Messrs. Louis Titus* and *J. Barrett Carter* for petitioner. *Solicitor General Mitchell* for respondent.

---

No. 836. YANKTON SIOUX TRIBE OF INDIANS *v.* UNITED STATES. January 18, 1926. Petition for writ of certiorari to the Court of Claims granted. *Mr. Jennings C. Wise* for petitioner. *Solicitor General Mitchell* for the United States.

---

No. 839. PORTNEUF MARSH VALLEY CANAL COMPANY *v.* HOWARD W. BROWN AND JOHN R. CHAPIN, AS TRUSTEES. January 18, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. J. H. Peterson, T. C. Coffin,* and *D. C. McDougall* for petitioner. No appearance for respondents.

---

No. 873. ROSARIO MACCIENO *v.* UNITED STATES. See *ante,* p. 629.

---

No. 846. ATLANTIC COAST LINE RAILROAD COMPANY *v.* GEORGE L. WIMBERLEY, JR., ADMINISTRATOR, ETC. March 8, 1926. Petition for writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. Thomas W. Davis* for petitoner. *Mr. Joseph B. Ramsey* for respondent.

---

No. 860. TOXAWAY MILLS *v.* UNITED STATES March 3, 1926. Petition for writ of certiorari to the Court of Claims granted. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.